RUTH JOFFE et al., as Trustees of the Estate of FRED GERSON, Deceased, Appellants, v. DRAKE BUSINESS SCHOOL, INC., Respondent.

Supreme Court, Appellate Term, Second Department, June 18, 1962.

*Leight, Drimmer & Weinstein (Solomon Weinstein* of counsel), for appellants. *Philip Strauss* for respondent.

*Per Curiam.* It is undisputed that the lease for the business space here involved was executed in conformity with the provisions of paragraph (2) of subdivision (gg) of section 8 of the Emergency Business Space Rent Control Law (L. 1945, ch. 314, as amd. by L. 1959, ch. 809, § 2). Upon the expiration of the term, such demised space was decontrolled (Emergency Business Space Rent Control Law, § 12; see *Schwartz* v. *Parker,* 17 Misc 2d 951). Upon holding over the tenant became obligated to pay the increased rental demanded in the notice previously served upon it (cf. *South Carolina Leasing Co.* v. *Allen,* 32 Misc 2d 659; *Goldfein* v. *Crown Infants Wear Co.,* 221 N. Y. S. 2d 205).

The final order should be unanimously reversed, with $30 costs to landlord, final order and judgment in the sum of $666.67 directed for landlord, as prayed for in the petition, with appropriate costs in the court below. Issuance and execution of warrant stayed for five days after service of a copy of the order hereon. Appeal from order dismissed as academic.

Concur — Di Giovanna, Benjamin and Gulotta, JJ.

Final order reversed, etc.